TIM J. VANDEN HEUVEL, SB# 140731
vanden@lbbslaw.com
SONDRA R. LEVINE, SB# 254139
slevine@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West "C" Street, Suite 800
San Diego, California 92101
Telephone: (619) 233-1006
Facsimile: (619) 233-8627

Attorneys for Defendants PORTFOLIO RECOVERY ASSOCIATES, LLC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY L. LITCHENBERG,<br>Plaintiff,<br>v.<br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br>Defendants. | CASE NO. 08 CV 0867 W LSP<br><br>**ANSWER TO COMPLAINT**<br><br>ACTION FILED: 05/14/08<br>TRIAL DATE: Not Set |

Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC ("Defendant") answer plaintiff's Complaint as follows:

1. In response to paragraph 1, this Defendant lacks sufficient information and belief to respond thereto, and on that basis denys the allegations therein. The allegations contained in paragraph 1 are narrative statements and legal conclusions which require no response from Defendant, however Defendant denys same.

2. In response to paragraph 2, this Defendant lacks sufficient information and belief to respond thereto, and on that basis denys the allegations therein. The allegations contained in paragraph 2 are narrative statements and legal conclusions which require no response from Defendant, however Defendant denys same.

3. In response to paragraph 3, this Defendant admits that PORTFOLIO RECOVERY ASSOCIATES, LLC is a debt collector. The remainder of the allegations



LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

contained in paragraph 3 are narrative statements and legal conclusions which require no response from Defendants, however Defendants deny same. Except as so expressly admitted, this Defendant denys the allegations therein.

4. In response to paragraph 4, this Defendant lacks sufficient information and belief to respond thereto, and on that basis denys the allegations therein.

5. In response to paragraph 5, Defendant states that the allegations contained in paragraph 5 are legal conclusions which require no response from Defendant, however, Defendant denys same.

6. In response to paragraph 6, Defendant states that the allegations contained in paragraph 6 are legal conclusions which require no response from Defendant, however, Defendant denys same.

7. In response to paragraph 7, Defendant states that the allegations contained in paragraph 7 are legal conclusions which require no response from Defendant, however, Defendant denys same.

8. In response to paragraph 8, Defendant states that the allegations contained in paragraph 8 are legal conclusions which require no response from Defendant, however, Defendant denys same.

9. In response to paragraph 9, Defendant admits that Plaintiff GARY L. LITCHENBERG ("Plaintiff" or "LITCHENBERG") is a resident in the city and county of San Diego, State of California. Except as so expressly admitted, Defendant denys the allegations therein.

10. In response to paragraph 10, Defendant states that the allegations contained in paragraph 10 are narrative statements and legal conclusions which require no response from Defendant, however Defendant denys same.

11. In response to paragraph 11, Defendant admits that its Corporate Offices are located in Norfolk Virginia. Except as so expressly admitted, this Defendant denys the allegations therein

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

12. In response to paragraph 12, Defendant states that the allegations contained in paragraph 12 are legal conclusions which require no response from Defendant, however, Defendant denys same.

13. In response to paragraph 13, Defendant states that the allegations contained in paragraph 13 are legal conclusions which require no response from Defendant, however, Defendant denys same.

14. In answer to paragraph 14, Defendant states that the allegations contained in paragraph 14 are narrative statements and legal conclusions which require no response from Defendant, however, Defendant denys same.

15. In response to paragraph 15, Defendant lacks sufficient information and belief to respond thereto, and on that basis denys the allegations therein.

16. In response to paragraph 16, Defendant lacks sufficient information and belief to respond thereto, and on that basis denys the allegations therein.

17. In response to paragraph 17, the allegations therein are legal conclusions, which require no response, and Defendant denys same on that basis. Defendant lacks sufficient information and belief to respond to the factual allegations, and on that basis denies the same.

18. In response to paragraph 18, the allegations therein are legal conclusions, which require no response, and Defendants deny same on that basis.

19. Defendant lacks sufficient information and belief to respond to the factual allegations, and on that basis denies the same.

20. Defendant lacks sufficient information and belief to respond to the factual allegations, and on that basis denies the same.

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

21. In response to paragraph 21, Defendant states that the allegations contained in paragraph 21 are narrative statements and legal conclusions which require no response from Defendant, however Defendant denys same.

22. In response to paragraph 22, Defendant states that the allegations contained in paragraph 22 are narrative statements and legal conclusions which require no response from Defendant, however Defendant denys same.

23. In response to paragraph 23, the allegations therein are legal conclusions, which require no response, and Defendant denys same on that basis. Defendant lacks sufficient information and belief to respond to the factual allegations, and on that basis denies the same.

24. In response to paragraph 24, the allegations therein are legal conclusions, which require no response, and Defendant denys same on that basis.

25. In response to paragraph 25, Defendant states that the allegations contained in paragraph 25 are narrative statements and legal conclusions which require no response from Defendant, however Defendant denys same.

26. In response to paragraph 26, the allegations therein are legal conclusions, which require no response, and Defendant denys same on that basis. Defendant lacks sufficient information and belief to respond to the factual allegations, and on that basis denies the same.

27. In response to paragraph 27, the allegations therein are legal conclusions, which require no response, and Defendant denys same on that basis. Defendant lacks sufficient information and belief to respond to the factual allegations, and on that basis denies the same.

28. Defendant lacks sufficient information and belief to respond to the factual allegations, and on that basis denies the same.

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

29. In response to paragraph 29, the allegations therein are legal conclusions, which require no response, and Defendant denys same on that basis. Defendant lacks sufficient information and belief to respond to the factual allegations, and on that basis denies the same.

30. In response to paragraph 30, the allegations therein are legal conclusions, which require no response, and Defendant denys same on that basis. Defendant lacks sufficient information and belief to respond to the factual allegations, and on that basis denies the same.

31. In response to paragraph 31, Defendant lacks sufficient information and belief to respond thereto, and on that basis denys the allegations therein, and refers plaintiff to the responses to allegations incorporated by reference.

32. In answer to paragraph 32, Defendant denys the factual and legal allegations therein.

33. In answer to paragraph 33, Defendant denys the factual and legal allegations therein.

34. In response to paragraph 34, Defendant lacks sufficient information and belief to respond thereto, and on that basis denys the allegations therein, and refers plaintiff to the responses to allegations incorporated by reference.

35. In answer to paragraph 35, Defendant denys the factual and legal allegations therein.

36. In answer to paragraph 36, Defendant denys the factual and legal allegations therein.

///

///

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

37. Plaintiff's complaint, and each and every claim contained therein, fails to state facts sufficient to state a claim upon which relief may be granted, including a claim for punitive damages.

**SECOND AFFIRMATIVE DEFENSE**

**(Reasonable Business Procedures and Practices)**

38. All actions, if any, taken by this answering defendant, were based on legitimate and reasonable business procedures and practices, made in good faith and in compliance with the federal Fair Debt Collection Practices Act and other applicable law. This answering defendant did not intentionally violate any statues governing debt collection practices and these Answering defendant maintains reasonable practices and procedures to prevent violations of these statutes.

**THIRD AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

39. Plaintiff's claims against this Answering defendant are barred by the applicable statutes of limitations, including, but not limited to 15 USC § 1692k(d).

**FOURTH AFFIRMATIVE DEFENSE**

**(Lack of Proximate Cause)**

40. The alleged injuries to Plaintiff were not proximately caused by any acts or omissions of this Answering defendant.

**FIFTH AFFIRMATIVE DEFENSE**

**(Comparative Fault)**

41. Plaintiff, his agents, servants and representatives were partially, if not wholly, negligent or otherwise at fault on their own part pursuant to the doctrine of

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

comparative fault, and plaintiff should be barred from recovery of that portion of the damages directly attributable to their apportionment of the fault.

**SIXTH AFFIRMATIVE DEFENSE**

**(Fault of Others)**

42. Plaintiff's claims against this Answering defendant are barred, or Plaintiff's recovery should be reduced, because Plaintiff's injury or damage, if any, was caused by the negligence and other legal fault of persons or entities other than this Answering defendant.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Damages Caused by Acts of Omissions Beyond Defendant's Control)**

43. Plaintiff's damages, if any, were proximately caused by the acts, omissions or negligence of persons other than this Answering defendant who were beyond this Answering defendant's supervision and control. Plaintiff's recovery against this Answering defendant, if any, should be reduced by the proportion of fault attributable to said persons.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate Damages)**

44. Plaintiff has failed to mitigate the damages, if any, that Plaintiff has sustained and to exercise reasonable care to avoid the consequences of harms, if any, in that among other things, Plaintiff has failed to use reasonable diligence in caring for any injury, failed to use reasonable means to prevent injury or aggravation of any injury, and failed to take reasonable precautions to reduce any injury and damage.

/ / /

/ / /

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

**NINTH AFFIRMATIVE DEFENSE**

**(Speculative Damages)**

45. Plaintiff's claims against this Answering defendant are barred in whole of in part because Plaintiff is not entitled to speculative or unforeseeable damages.

**TENTH AFFIRMATIVE DEFENSE**

**(Waiver )**

46. Plaintiff has waived any and all claims that he may have had or has against this Answering defendant arising from the transactions and occurrences contained in the complaint.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Estoppel)**

47 Plaintiff is estopped by his own conduct from asserting any and all claims he may have or had against this Answering defendant arising from the transactions and occurrences contained in the complaint.

**TWELFTH AFFIRMATIVE DEFENSE**

**(Consent)**

48. Plaintiff acknowledged, ratified, consented to and/or acquiesced in the alleged acts or omissions, if any, of this Answering defendant, thus barring plaintiff's recovery.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

49. Plaintiff's complaint in its entirety, and each cause of action therein, is barred by the doctrine of unclean hands.

/ / /

/ / /

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(Laches)**

50. Plaintiff's complaint in its entirety, and each cause of action therein, is barred under the doctrine of laches.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(Absolute and/or Conditional Privilege)**

51. This Answering defendant's conduct, if any, with regard to the plaintiff was absolutely and/or conditionally privileged. Plaintiff's complaint in its entirety, and each cause of action therein, is barred by statutory and common law privileges.

**SIXTEENTH AFFIRMATIVE DEFENSE**

**(Failure to State a Claim for Punitive Damages)**

52. Plaintiff's complaint fails to state sufficient facts upon which punitive damages can be awarded against this Answering defendant.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

**(Punitive Damages Unavailable)**

53. An award of punitive damages is not available for violations of the federal Fair Debt Collection Practices Acts and other applicable law.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

**(Good Faith)**

54. Plaintiff's complaint in its entirety, and each cause of action therein, is barred because any alleged actions by this Answering defendant with respect to plaintiff were based on honest, reasonable, and good faith belief in the facts as known and understood at the time.

/ / /

/ / /

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

**NINETEENTH AFFIRMATIVE DEFENSE**

**(Lack of Basis for Attorneys' Fees and Costs)**

55. Plaintiff's complaint in its entirety, and each cause of action therein, fails to set forth facts to constitute a basis for recovery of attorneys' fees and costs.

**TWENTIETH AFFIRMATIVE DEFENSE**

**(Idiosyncratic Plaintiff)**

56. Plaintiff's injuries, if any, were caused by pre-existing and/or unrelated medical, genetic, and/or environmental conditions, diseases, or illnesses of the Plaintiff, by Plaintiff's own idiosyncrasies or allergies, or by the operation of nature.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

**(After-Acquired Evidence)**

57. Plaintiff's complaint is limited by or subject to an absolute bar as to recoverable damages based on after-acquired evidence this Answering defendant has presently and/or may acquire during the course of this litigation.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

**(Advice of Counsel)**

58. In addition to its conduct in prosecuting the underlying action being privileged in nature, it was based upon good faith reliance on the recommendations of counsel, and is not actionable in nature.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

**(Reservation)**

59. This Answering defendant presently lack sufficient knowledge or information upon which to form a belief as to whether it may have additional, as yet unstated, affirmative defenses available. This Answering defendant respectfully

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

reserves the right to assert additional affirmative defenses in the event investigation and discovery indicates that additional defenses would be appropriate and proper.

WHEREFORE, Defendant prays as follows:

1. That Plaintiff take nothing by reason of its Complaint and that judgment be rendered in favor of Defendant;
2. That Defendant be awarded its costs of suit incurred in defense of this action, including reasonable attorney's fees; and
3. For such other and further relief as the Court deems proper.

DATED: June 5, 2008

LEWIS BRISBOIS BISGAARD & SMITH LLP

By ____________________
Tim J. Vanden Heuvel
Sondra R. Levine
Attorneys for Defendant, Portfolio Recovery Associates, LLC

**PROOF OF SERVICE**

Gary L. Litchenberg v. Portfolio Recovery Associates, LLC - File No. 08-cv-0867 W LSP
United States District Court, Southern District of California

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and not a party to the action. My business address is . I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 5, 2008, I served the following document(s): **ANSWER TO COMPLAINT**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Joshua B. Swigart
Robert Hyde
Hyde & Swigart
411 Camino Del Rio South, Suite 301
San Diego, CA 92108
619-233-7770
619-297-1022
josh@westcoastlitigation.com

Drew Lyman
Lyman & Potente, APLC
2635 Camino Del Rio South, Suite 201
San Diego, CA 92108
619-299-2399
619-299-2298
drew@lymanpotente.com

The documents were served by the following means:

[ ] (BY E-MAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X] (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 5, 2008, at San Diego, California.

JONNA WILKINSON