Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**HYDE & SWIGART**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Drew Lyman, Esq. (SBN 243091)
drew@lymanpotente.com
**LYMAN AND POTENTE, APLC**
2635 Camino Del Rio South, Suite 201
San Diego, CA 92108
Telephone: (619) 299-2399
Facsimile: (619) 299-2298

Attorneys for Plaintiff
Gary L. Litchenberg

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY L. LITCHENBERG,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>Defendant. | Case No.: 08-CV-0867-W-LSP<br><br>**Proof of Service** |

JOSHUA B. SWIGART, ESQ.(SBN 225557)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770
Attorney for : GARY L. LITCHENBERG

Ref. No. : 1105050-01
Atty. File No. : 08CV0867WLSP

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF : GARY L. LITCHENBERG
DEFENDANT : PORTFOLIO RECOVERY ASSOCIATES, LLC.

Case No.: 08 CV 0867 W LSP
**PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

3. a. Party served : PORTFOLIO RECOVERY ASSOCIATES, LLC.
AUTHORIZED AGENT FOR SERVICE: CHARLES BACLET/NATIONAL REGISTERES AGENT
b. Person served : DENA LAPORTA, PROCESS SPECIALIS
(AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served 2030 MAIN STREET SUITE 1030
IRVINE, CA 92614 (Business)

5. I served the party
a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on June 4, 2008 (2) at: 02:45 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
c. on behalf of: PORTFOLIO RECOVERY ASSOCIATES, LLC.
AUTHORIZED AGENT FOR SERVICE: CHARLES BACLET/NATIONAL REGISTERES AGEN
under [xx] Other LLC

7. **Person who served papers**
a. MARK S. FRIEDOWITZ
b. KNOX ATTORNEY SERVICE, INC.
2250 Fourth Avenue
San Diego, California 92101
c. 619-233-9700

d. Fee for service: $85.50
e. I am:
(3) a registered California process server
(i) an independent contractor
(ii) Registration No.: 152
(iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 6, 2008

Signature: ______________________
MARK S. FRIEDOWITZ