Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Drew Lyman, Esq. (SBN 243091)
drew@lymanpotente.com
**Lyman and Potente, APLC**
2635 Camino Del Rio South, Suite 201
San Diego, CA 92108
Telephone: (619) 299-2399
Facsimile: (619) 299-2298

Attorneys for Plaintiff
Gary L. Litchenberg

HYDE & SWIGART
San Diego, California

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY L. LITCHENBERG<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>Defendant. | **Case Number: 08-0867-W (LSP)**<br><br>**NOTICE OF JOINT DISMISSAL WITH PREJUDICE** |

//

//

//

//

//

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to this action through their designated counsel of record, that the above captioned action be and hereby is dismissed WITH prejudice pursuant to FRCP 41(a)(1)

Dated: August 18, 2008

**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

/s/ Joshua B. Swigart
Joshua B. Swigart
Attorney for Plaintiff

Dated: August 18, 2008

**Lewis Brisbois Bisgaard & Smith**
550 West "C" Street, Suite 800
San Diego, CA 92101-3540
Telephone: (619) 233-1006
Facsimile: (619) 233-8627

/s/ Tim Vanden Heuvel
Tim Vanden Heuvel
Attorney for Defendant

HYDE & SWIGART
San Diego, California